917 So.2d 1113 (2005)
Herbert W. HUNER, Jr.
v.
GUEST HOUSE OF SLIDELL, Guest House of Opelousas, Inc., L.B. Edellman, and Henry Burch.
No. 2005-C-1502.
Supreme Court of Louisiana.
December 16, 2005.
In re Huner, Herbert W. Jr.;  Plaintiff; Applying for Writ of Certiorari and/or Review, Parish of St. Tammany, 22nd Judicial District Court Div. A, No. 90-14775; to the Court of Appeal, First Circuit, No. 2004 CA 0772.
Denied.
CALOGERO, C.J., would grant the writ.